UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMANUEL DELACRUZ AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,

        v.

IONA COLLEGE,

                Defendant.

Case No. 1:17-cv-07257-JPO

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Emanuel Delacruz and Defendant Iona College, by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
         February 28, 2018

**SEYFARTH SHAW LLP**

By_____
John William Egan
620 8th Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5291
*Attorneys For Iona College*

**GOTTLIEB & ASSOCIATES**

By_____
Jeffrey M. Gottlieb
150 East 18th Street, Suite PHR
New York, NY 10003
Telephone: (212) 879-0240
*Attorneys For Emanuel Delacruz*

**SO ORDERED** this 1st day of March, 2018

_____
J. PAUL OETKEN
United States District Judge

44761288v.1